O 256
Rev. 2/86)

# CRIMINAL DOCKET · U.S. District Court

| | | | | |
|---|---|---|---|---|
| PO ☐ | 417 | 03 | Assigned 1709 | ☐ WRIT |
| Misd. ☐ | | | Disp./Sentence | ☐ JUVENILE |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS |

U.S. vs. **TUBBS, Michael, a/k/a Michael Ralph Tubbs, a/k/a Michael Ralf Tubbs**

Case Filed: 12-18-90
No. of Def's: 2
Docket No. 00075

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:641 & 18:2 | Knowingly willfully, intentionally and unlawfully stealing two Colt M-16 rifles, of a value in excess of $100, said rifles being the goods and property of the U.S.; & aiding & abetting (Ct. 1) | I |
| 18:113 & 18:2 | Assault with intent to commit robbery by pointing firearms at individuals and firing a silenced Uzi submachine gun during course said robbery at a place within the United States; and aiding and abetting (Ct. 2) | I |
| 18:924(c) | Knowingly used and carried a firearm during and in relation to a crime of violence (Ct. 3) | I |

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears-on complaint

END ONE AND/OR BEGIN TWO — KEY DATE: **12-18-90** APPLICABLE — ☒ Indictment filed/unsealed

END INTERVAL TWO — APPLICABLE

## III. MAGISTRATE

(blank)

## IV. ATTORNEYS

U.S. Attorney or Asst.: **J. Douglas McCullough**

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**RULE 20 TO THE MIDDLE DISTRICT OF FLORIDA (Jacksonville) 4/24/91.**

70 days up:                Arr & ptd:

Docket Entries Begin On Reverse Side

(OPTIONAL) Show last names of defendants     **V. PROCEEDINGS**

| Date | Doc# | Proceedings |
|---|---|---|
| 12-18-90 | 1 | **INDICTMENT FILED** - c: USA, USPO, USM, J. Howard, Mag. Mccotter, Mag. Dixon, Fay Div.    jh |
| 12-19-90 | | **REQUEST FOR WARRANT** - by: US Attorney - Rec: Detnetion    jh |
| 12-19-90 | 2 | **WARRANT FOR ARREST** - Orig and 1c: USM w/copy of indictment c: USA    jh    jh |
| 4-23-91 | 3 | **ORDER FOR DISMISSAL** - Cts. 2 & 3 of the Indictment are dismissed because the Deft has agreed to plead guilty to ct. 1 of the Indictment **Judge Malcolm J. Howard) O.B.#14, P.144** c: UsA, USPO, PTS, Judge Howard, SD/Florida    jh |
| 4-23-91 | 4 | **CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO RULE 20** - executed by all parties - c: USA, PTS, J. Howard, SD/Florida, USM, USPO    jh |
| 4-23-91 | 5 | **NOTE:** Cover Letter sending all documents in file to SD/Florida pursuant to the Rule 20 Transfer    jh |
| 7/12/91 | 6 | **RETURN ON WARRANT** - This case was ruled 20 from EDNC and assigned No. 91-73-cr-J-12, said subject was sentenced for a period of 8 yrs. on this case. BY: USMS.    bll |